FILED

AUG 3 1 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
          DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| COMANCHERO PROPERTIES, LTD. | § | |
| *and* KEYSTONE ESTATES, LTD., | § | |
| | § | |
| vs. | § | Civil Action 5:11-cv-00614-OLG |
| | § | |
| PHICOF, L.L.C. and | § | |
| A.B. PHILLIPS, SR. | § | |

| | | |
|---|---|---|
| IN RE: PHICOF, L.L.C., | § | |
| DEBTOR | § | Case No. 11-52527 |
| | § | Chapter 11 |

## ORDER GRANTING UNOPPOSED MOTION FOR
## EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO
## PLAINTIFFS' MOTION TO REMAND AND MOTION TO DISMISS

On this day the Court considered the UNOPPOSED Motion for Extension of Time filed by Defendants and Counter-Plaintiffs, Phicof, L.L.C. and A.B. Phillips, Sr. for Defendants to Respond to Plaintiffs' Motion to Remand and Motion to Dismiss ("Unopposed Motion"). The Court, having considered the Unopposed Motion and there being no opposition by the Plaintiffs to the relief requested, is of the opinion that the Unopposed Motion has merit and should be GRANTED.

IT IS THEREFORE ORDERED that all deadlines under any local rules (including local Rules CV 7-d and CV 12), Federal Rules, or related 1983 rules, without limitation, for any responsive filings required by the Defendants to Plaintiffs' Motion to Remand and Motion to Dismiss are extended to September 6, 2011.

SIGNED this _31_ day of _Aug._____, 2011.

_____
JUDGE PRESIDING

Submitted By:
Shelby A. Jordan, Attorney in Charge
SBOT 11016700
Jordan, Hyden, Womble, Culbreth & Holzer, P.C
500 North Shoreline Blvd, Suite 900
Corpus Christi, Texas 78401
Telephone: (361) 884-5678
Facsimile:  (361) 888-5555

ATTORNEYS FOR
ANDREW PHILLIPS and PHICOF, LLC
DEFENDANTS/COUNTER-PLAINTIFFS